UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| ALEXANDER ARMALIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NUMBER: 1:16 CV 412 |
| OFFICER J. PEARSON, et al. | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

This cause is before the Court subsequent to its Order dated October 7, 2019 [DE 67] wherein the Court advised the Plaintiff that he had until November 8, 2019 to contact the Court and update his contact information so as to avoid dismissal for lack of prosecution pursuant to Fed.R.Civ.P. 41(b). In that Order, the Court outlined Plaintiff's history of failing to keep the Court apprised of his whereabouts and noted that "this is the second time the Plaintiff has failed to comply with the basic requirement of litigation that he maintain contact with the Court and provide a valid address and telephone number where he can be reached." [DE 67 at p. 1].

Since that Order was entered, mail sent to the Plaintiff has come back "returned, unable to forward" [DE 68, 69] and the Plaintiff has made no further efforts to contact the Court or pursue his case. As a result, and in accordance with this Court's October 7, 2019 Order, the Plaintiff's case is hereby DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(b). The Clerk is DIRECTED to enter judgment in favor of the Defendants.

SO ORDERED. This 13th day of November, 2019.

s/ William C. Lee
United States District Court